# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C.C., et al., | **Case No.:** CV 16-7376-GW(JCx) |
| v. | **Hon. JUDGE GEORGE H. WU** |
| CITY OF LOS ANGELES, et al.,<br>Defendants. | **ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

**[FED. R. CIV. P 41(a)(1)(A)(ii)]**

Pre-Trial Conference: 10/12/2017
Trial Date: 10/31/2017

    Pursuant to the stipulation, by and between Plaintiffs R.C.C., a minor, by and through her guardian ad litem ELVIA CHAIDEZ; C.R.C., a minor, by and through her guardian ad litem ELVIA CHAIDEZ; and ELVIA CHAIDEZ; and Defendants; CITY OF LOS ANGELES, CITY OF LOS ANGELES POLICE DEPARTMENT, PATRICIA BARAJAS, and BRADY CUELLAR, through their respective attorneys of record;

    IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed, without Prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: June 14, 2017      _____
                               Honorable George H. Wu
                               United States District Judge